UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        -v.-                         :

ANDREW GILL,                        :
    a/k/a "Galdina Gill,"
                                       :
        Defendant.

                                       :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2008

08 Cr.

08 CRIM 587

## COUNT ONE

The Grand Jury charges:

In or about May 2008, in the Southern District of New York and elsewhere, ANDREW GILL, a/k/a "Galdina Gill," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States on or about July 28, 2004, subsequent to a conviction for the commission of a felony, to wit, a conviction on or about May 21, 2004, in New York State Supreme Court, Bronx County, for Criminal Possession of a Weapon in the Third Degree, a Class D Felony in violation of New York Penal Law 265.02, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

====================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

====================================

UNITED STATES OF AMERICA

- v. -

ANDREW GILL,
a/k/a "Galdina Gill,"

Defendant.

====================================

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(1).)



---
MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
           6/27/08  Foreperson.

====================================

Filed indictment. Case assigned to Judge Jones.

SRM
6/27/08

— Francis, J.